Argued and submitted September 30, affirmed November 16, 2005, petition for review denied January 24, 2006 (340 Or 34)

STATE OF OREGON,
*Respondent,*

*v.*

CHARLES ANTHONY AULT,
*Appellant.*

01CR0644; A119702

123 P3d 380

Tammy W. Sun, Deputy Public Defender, argued the cause for appellant. With her on the briefs were Peter A. Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Office of Public Defense Services.

Jennifer Lloyd, Attorney-In-Charge, Collateral Remedies and Capital Appeals, argued the cause for respondent. On the respondent's brief were Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Thomas D. Cobb, Assistant Attorney General. On the supplemental brief was Bethany Cunningham, Assistant Attorney General.

Before Edmonds, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *State v. Sullivan*, 197 Or App 26, 104 P3d 636 (2005).